AMRANE COHEN
Chapter 13 Trustee
Orange City Square
770 The City Drive South, Suite 3300
Orange, CA 92868
(714) 621-0200

ENTERED
JAN - 8 2007
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY               Deputy Clerk

FILED
JAN - 4 2007
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY               Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

LYN ANN              GAY
JEFFERY LYNN         GAY
BARNES, LYN ANN

Social Security No. xxx-xx-0029 Debtor
Social Security No. xxx-xx-0526 Joint Debtor
Debtor(s) EIN No.: __

LODGED
DEC 19 2006

) Chapter 13
) Case No. SA-06-11629 JR
)
) ORDER CONFIRMING
) CHAPTER 13 PLAN
)
) Hearing Date:  12/13/06
) Hearing Time:  1:30 p.m.
) Courtroom:     5A

Debtor's Chapter 13 Plan, or modified Plan if any, was filed on **09/20/06**, and the Plan, or the final modified Plan if any, was served on the creditors pursuant to Bankruptcy Rule 3015, and the court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

1. The Debtor's Plan is confirmed with the following provisions:

   The plan payment amount is $ **$388.00**. The due date is the **20th** day of each month for **60** months. Interlineations contained in the Trustee's Report and Motion for Confirmation, if any, are hereby approved and made a part of the Plan.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to post-petition defaults by debtor.

3. Other provisions:

   (a) _ This is a base plan with the debtor paying at least $ **$23,280.00** of disposable income into the Plan. Debtor shall submit statements of income on a semi-annual/annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the Court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the plan, are paid 100%.

   (b) **X** The Trustee is authorized to make payments to holders of secured claims based on Debtor's plan.

   (c) **X** Debtor's attorney is awarded fees of $**$3,000.00**; having received $ **$3,000.00**, counsel is entitled to $ **$0.00** from the Estate.

Dated: JAN - 4 2007

_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In Re
  LYN ANN GAY
  JEFFERY LYNN GAY

        Debtor(s)

Chapter 13
Case No. SA 06-11629-JR

Hearing Date: Wed Dec 13, 2006

### NOTICE OF ENTRY OF ORDER AND CERTIFICATE OF MAILING

Notice is hereby given that, pursuant to Local Bankruptcy Rules, the foregoing Order was entered on (specify date): **JAN - 8 2007**.

I hereby certify that I mailed, or deposited in the appropriate receptacle maintained in the Clerk's Office for pick-up, a copy of this notice, and a true copy of said document to the persons and entities on the attached service list on (specify date): **JAN - 8 2007**

Dated: **JAN - 8 2007**

JON D. CERETTO
*Clerk of Court*

By _____
      Deputy Clerk

SERVICE LIST

Amrane Cohen, Chapter 13 Trustee
Orange City Square
770 The City Drive South, # 3300
Orange, California 92868

United States Trustee
411 W. Fourth St., Suite 9041
Santa Ana, California 92701-4593

GREGORY J. DOAN
25401 CABOT ROAD, #119
LAGUNA HILLS, CA 92653

LYN ANN GAY
JEFFERY LYNN GAY
23411 SUMMERFIELD, 63-I

ALISO VIEJO, CA 92656

(Trustee Form #434 Rev-01/10/06)

AMRANE COHEN
CHAPTER 13 TRUSTEE
770 THE CITY DRIVE SOUTH #7400
ORANGE, CA 92868
PH:(714) 621-0200 FAX: (714) 621-0277

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE: )
LYN ANN GAY ) CASE  SA 06-11629 JR
JEFFERY LYNN GAY )
) CHAPTER 13
DEBTORS )

PROOF OF SERVICE

I, ADRIANA PATHE, am over the age of eighteen years and not a party to the within entitled action. I am employed by Amrane Cohen, Chapter 13 Trustee, whose business address is 770 The City Drive South, #7400, Orange, CA 92868.

On December 18, 2006 , I served a true copy of the within
ORDER ON CONFIRMATION
on the following persons by mail, by placing a true copy in a sealed envelope with postage thereon fully prepaid, in the United States mail at 770 The City Drive South #7400, Orange CA 92868, addressed as follows:

---

| | |
|---|---|
| GREGORY J. DOAN<br>25401 CABOT ROAD, #119<br>LAGUNA HILLS, CA<br>92653-0000 | LYN ANN GAY<br>23411 SUMMERFIELD, 63-I<br>ALISO VIEJO, CA<br>92656-0000 |
| JEFFERY LYNN GAY<br>23411 SUMMERFIELD, 63-I<br>ALISO VIEJO, CA<br>92656-0000 | SANTA ANA BANKRUPTCY COURT<br>411 W. 4TH STREET<br>SANTA ANA, CA<br>92701-0000 |
| BALLY TOTAL FITNESS<br>PO BOX 1080<br>NORWALK CA<br>90651-1070 | BANK OF AMERICA<br>PO BOX 26012<br>NC4-105-03-14<br>GREENSBORO, NC<br>27420-0000 |
| BANK OF AMERICA<br>PO BOX 45224<br>JACKSONVILLE, FL<br>32232-0000 | CAPITAL ONE<br>PO BOX 60000<br>SEATTLE, WA<br>98190-6000 |
| CAPITAL ONE BANK<br>C/O TSYS DEBT MANAGEMENT<br>PO BOX 5155<br>NORCROSS GA<br>30091-0000 | CHASE<br>PO BOX 52195<br>PHOENIX AZ<br>85072-0000 |

PAGE  1 - CONTINUED ON NEXT PAGE

| | |
|---|---|
| CHASE BANK USA NA<br>PO BOX 100018<br><br>KENNESAW, GA<br>30156-9104 | CHEVRON CREDIT BANK, N.A.<br>2001 DIAMOND BLVD.<br>P.O. BOX 5010 SECT. 230<br>CONCORD, CA<br>94524-0010 |
| CITIBANK<br>PO BOX 6001<br><br>THE LAKES, NV<br>88901-6001 | COAST PLAZA DRS HOSPITAL<br>PO BOX 30430<br><br>LOS ANGELES, CA<br>90030-0000 |
| DISCOVER CARD<br>PO BOX 30395<br><br>SALT LAKE CITY, UT<br>84130-0395 | DISCOVER FINANCIAL SERVICES<br>PO BOX 3025<br><br>NEW ALBANY, OH<br>43054-3025 |
| ECAST SETTLEMENT CORPORATION<br>P.O. BOX 35480<br><br>NEWARK, NJ<br>07193-5480 | GE MONEY BANK<br>C/O ECAST SETTLEMENT CORP<br>PO BOX 35480<br>NEWARD, NJ<br>07193-5480 |
| HOME DEPOT<br>PO BOX 6028<br><br>THE LAKES, NV<br>88901-0000 | HOUSEHOLD BANK<br>PO BOX 60102<br>CITY OF INDUSTRY CA<br><br>91716-0102 |
| JEFFERY LYNN GAY<br>23411 SUMMERFIELD, 63-I<br>ALISO VIEJO, CA<br><br>92656-0000 | KOHLS DEPARTMENT STORE<br>C/O CREDITORS BK SERVICE<br>PO BOX 740933<br>DALLAS TX<br>75374-0000 |
| LYN ANN GAY<br>23411 SUMMERFIELD, 63-I<br>ALISO VIEJO, CA<br><br>92656-0000 | NORDSTROMS<br>PO BOX 6566<br><br>ENGLEWOOD CO<br>80155-0000 |
| ORANGE, CA 92868<br><br><br><br>00000-0000 | PROVIDIAN<br>PO BOX 9539<br><br>MANCHESTER, NH<br>03108-9539 |
| RECOVERY MANAGEMENT SYS CORP<br>C/O PALISADES COLLECTION, LLC<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL<br>33131-0000 | SANTA ANA DIVISION<br>411 WEST FOURTH STREET, SUITE<br>SANTA ANA, CA<br><br>92701-4593 |
| SANTA ANA, CA 92701-4593 | SEARS<br>86 ANNEX |

```
                                    ATLANTA,
 00000-0000                         30386-0001
------------------------------------------------------------------------
              PAGE   2 - CONTINUED ON NEXT PAGE
```

CASE NO. SA 06-11629-JR

```
THE CIT GROUP/CONSUMER FINANCE      TOYOTA MOTOR CREDIT CORP.
PO BOX 24610                        3200 WEST RAY ROAD

OKLAHOMA CITY, OK                   CHANDLER, AZ
73124-0610                          85226-0000
```

WORLD FINANCIAL NETWORK
C/O; WEINSTEIN & RILEY
2101 FOURTH AVE SUITE 900
SEATTLE, WA
98121-0000

I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 18, 2006                 _Adriana Pathe_
                                            ADRIANA PATHE

PAGE 3 OF 3