AMRANE COHEN
CHAPTER 13 TRUSTEE
770 The City Drive South, Suite 3300
Orange, CA 92868
Tel.: (714) 621-0200
Fax: (714) 621-0277

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA**

| IN RE: | Case No.: 8:06-bk-11629-RK |
|---|---|
| LYN ANN GAY<br>JEFFERY LYNN GAY<br>23411 SUMMERFIELD, 63-I<br>ALISO VIEJO, CA 92656<br><br>Debtor(s). | NOTICE OF INTENT TO PAY CLAIMS<br>(Change of Creditor Address) |

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, AND OTHER PARTIES IN INTEREST, that the Trustee has been notified that the below listed Creditor has changed its address. The Trustee intends to pay claims of the following Creditor at the new address listed below unless objection is made to the Clerk of the Court at 411 West 4th Street, Santa Ana, CA 92701 AND to the Chapter 13 Trustee at the above address, by the Debtor(s), Creditor or any other party in interest within fifteen (15) days from the date of this notice.

| PREVIOUS ADDRESS | NEW ADDRESS |
|---|---|
| CHEVRON CREDIT BANK, N.A.<br>2001 DIAMOND BLVD.<br>P.O. BOX 5010 SECT. 230<br>CONCORD, CA  94524-0010 | Chevron<br>PO Box 981430<br>El Paso, TX  79998-1430 |

**THE ABSENCE OF A WRITTEN OBJECTION, TIMELY FILED WITH THE COURT AND PROPERLY SERVED, IS DEEMED AN APPROVAL BY THE DEBTOR(S), CREDITOR AND OTHER PARTIES IN INTEREST TO PAYMENT OF CLAIMS AS LISTED ABOVE.**

Dated: 7/8/2009                                                /s/AMRANE COHEN
                                                                         AMRANE COHEN

10

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**770 The City Drive South, Suite 3300**
**Orange, CA 92868**
**Tel.: (714) 621-0200**
**Fax: (714) 621-0277**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA

| | |
|---|---|
| IN RE:<br><br>**LYN ANN GAY**<br>**JEFFERY LYNN GAY**<br>**23411 SUMMERFIELD, 63-I**<br>**ALISO VIEJO, CA 92656**<br><br><br>Debtor(s). | Case No.: **8:06-bk-11629-RK**<br><br>**CHAPTER 13** |

PROOF OF SERVICE

I, CHRIS WILLISON, am employed by Amrane Cohen, Chapter 13 Trustee. On 7/8/2009, I served a true copy of the within NOTICE OF INTENT TO PAY CLAIM on the following persons by mail:

LYN ANN GAY
JEFFERY LYNN GAY
23411 SUMMERFIELD, 63-I
ALISO VIEJO, CA 92656

GREGORY J DOAN
25401 CABOT RD
STE 119
LAGUNA HILLS, CA 92653

CHEVRON CREDIT BANK, N.A.
2001 DIAMOND BLVD.
P.O. BOX 5010 SECT. 230
CONCORD, CA 94524-0010

Chevron
PO Box 981430
El Paso, TX 79998-1430

I declare under penalty of perjury that the foregoing is true and correct.

Executed: 7/8/2009                                                                                          /s/ CHRIS WILLISON
                                                                                                                      CHRIS WILLISON